IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL<br>   *Plaintiff,*<br><br>  v.<br><br>WILLIAM J. PULTE, in his official capacity as Director of the Federal Housing Finance Agency,<br>Constitution Center<br>400 7th Street SW<br>Washington, DC 20219<br><br>FEDERAL HOUSING FINANCE AGENCY,<br>Constitution Center<br>400 7th Street SW<br>Washington, DC 20219<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>8200 Jones Brach Drive<br>McLean, VA 22102-3110<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>1100 15th Street NW<br>Washington, DC 20005<br><br>   *Defendants*. | Case No. 1:25-cv-04125 |

### **PLAINTIFF'S NOTICE OF WITHDRAWAL OF REPRESENTATION**

Pursuant to LCvR 83.6(b) please withdraw the appearance of Amy Jeffress as counsel for Plaintiff Eric Swalwell in the above captioned matter. Plaintiff will continue to be represented by the undersigned attorneys.

| | |
|---|---|
| Dated: November 26, 2025<br>New York, New York | Respectfully submitted,<br><br>*/s/ Sean Hecker*<br>Sean Hecker (D.C. Bar #90002619)<br>Patricia Butler*<br>Nigel Johnson (D.C. Bar #90037186)*<br>HECKER FINK LLP<br>350 Fifth Ave, 63rd Floor<br>New York, NY 10118<br>Tel: (212) 763-0883<br>shecker@heckerfink.com<br>pbutler@heckerfink.com<br>njohnson@heckerfink.com<br><br>Trisha Anderson (D.C. Bar #497224)<br>Nicolas Y. Riley (D.C. Bar #1617861)*<br>HECKER FINK LLP<br>1050 K Street NW, Suite 1040<br>Washington, D.C. 20001<br>Tel: (212) 763-0883<br>tanderson@heckerfink.com<br>nriley@heckerfink.com<br><br>*Counsel for Plaintiff Eric Swalwell*<br><br>* *Pro hac vice application pending* |