IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL,<br><br>    *Plaintiff*,<br><br>v.<br><br>WILLIAM J. PULTE, Director of the Federal Housing Finance Agency, in his official capacity, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-04125 |

## DEFENDANTS' JOINT CONSENT MOTION TO EXTEND DEADLINES TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants jointly move for an extension of their respective deadlines to respond to Plaintiff's Complaint, to March 4, 2026. The parties have conferred in accordance with Local Civ. R. 7(m). Plaintiff consents to this request. Good cause exists to grant this joint motion for the following reasons.

1. Plaintiff filed his Complaint on November 25, 2025, and filed a corrected complaint on December 1, 2025. *See* ECF Nos. 1 & 8. The Complaint alleges claims under the Privacy Act, 5 U.S.C. § 552a, the First Amendment, and the Administrative Procedure Act, 5 U.S.C. § 706, and seeks declaratory and injunctive relief. Defendants are the Federal Housing Finance Agency ("FHFA"), William J. Pulte, in his official capacity as Director of the FHFA (together, "the Government Defendants"), the Federal Home Loan Mortgage Corporation ("Freddie Mac"), and the Federal National Mortgage Association ("Fannie Mae").

2. Plaintiff served the summons and Complaint on Fannie Mae on December 2, 2025, and on the Government Defendants and Freddie Mac on December 3, 2025. Accordingly, Fannie Mae's current deadline to respond to the Complaint is December 23, 2025; Freddie Mac's current deadline is December 24, 2025; and the Government Defendants' current deadline is February 2, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) & (2).

1

3. The Government Defendants, Fannie Mae, and Freddie Mac respectfully request an extension of these respective deadlines to a consolidated deadline of March 4, 2026. This extension is needed due to pre-existing deadlines in other litigation matters, as well as pre-scheduled leave including (but not limited to) end-of-year and holiday leave of several attorneys handling this matter. Additionally, consolidating Defendants' respective responses to a single deadline will serve the interests of judicial and party efficiency.

4. This joint motion is not made for purposes of delay, and granting it will not impact any other deadlines in this case.

5. The parties conferred about this joint motion by e-mail on December 12, 2025. Plaintiff consents to the relief requested herein.

Accordingly, in order to allow each Defendant time to prepare an appropriate response to the Complaint, Defendants respectfully request that the Court extend their respective deadlines to March 4, 2026. A proposed order is attached.

DATED: December 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Federal Programs Branch

*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO #69114)
Trial Attorney
United States Department of Justice

2

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-2677
Email: cristen.handley@usdoj.gov

**Counsel for Government Defendants**

/s/ *Meaghan Vergow*
MEAGHAN VERGOW (D.C. Bar 977165)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5300
Email: mvergow@omm.com

**Counsel for Federal National Mortgage Association**

/s/ *Katherine L. Halliday*
KATHERINE L. HALLIDAY (D.C. Bar 992401)
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive
McLean, VA 22102
Tel: (703) 388-7970
Email: katherine_halliday@freddiemac.com

**Counsel for Federal Home Loan Mortgage Corporation**