IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL,<br><br>   Plaintiff,<br><br>v.<br><br>WILLIAM J. PULTE, in his official capacity as Director of the Federal Housing Finance Agency; FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>   Defendants. | No. 1:25-cv-04125-JEB |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Meaghan VerGow, a member of the bar of the U.S. District Court for the District of Columbia (Bar # 977165) as counsel of record for Defendant Federal National Mortgage Association (Fannie Mae) in the above-captioned action.

Dated:  December 17, 2025

                Respectfully Submitted,
                <u>/s/ *Meaghan VerGow*</u>
                Meaghan VerGow
                O'MELVENY & MYERS, LLP
                1625 Eye Street, NW
                Washington, DC 20006
                Tel. 202-383-5504
                mvergow@omm.com

                *Counsel for Defendant Federal*
                *National Mortgage Association (Fannie Mae)*