IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL,<br>      *Plaintiff,*<br><br>v.<br><br>WILLIAM J. PULTE, in his official capacity as Director of the Federal Housing Finance Agency, et al.,<br><br>      *Defendants*. | Case No. 1:25-cv-04125 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS FEDERAL HOME LOAN MORTGAGE COMPANY
AND FEDERAL NATIONAL MORTGAGE ASSOCIATION**

      Plaintiff Eric Swalwell submits this notice pursuant to Federal Rule of Civil Procedure 41 to inform this Court that he hereby dismisses, without prejudice, the pending actions against Defendants Federal Home Loan Mortgage Corporation (Freddie Mac) and Federal National Mortgage Association (Fannie Mae).  Rule 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Neither Freddie Mac nor Fannie Mae have served any answer or motion for summary judgment in this matter.  Plaintiff does not dismiss any actions against any other Defendant.

Dated: February 13, 2026

/s/ Sean Hecker
_____

Sean Hecker (D.C. Bar #90002619)
Patricia Butler*
Nigel Johnson (D.C. Bar #90037186)
HECKER FINK LLP
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
shecker@heckerfink.com
pbutler@heckerfink.com
njohnson@heckerfink.com

Trisha Anderson (D.C. Bar #497224)
Nicolas Y. Riley (D.C. Bar #1617861)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Tel: (212) 763-0883
tanderson@heckerfink.com
nriley@heckerfink.com

*Attorneys for Plaintiff Eric Swalwell*
*\* Admitted pro hac vice*

2