IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL,<br>   *Plaintiff,*<br><br>  v.<br><br>WILLIAM J. PULTE, in his official capacity as Director of the Federal Housing Finance Agency, et al.,<br><br>   *Defendants*. | Case No. 1:25-cv-04125 |

## CONSENT MOTION TO VACATE AND RESET CASE SCHEDULE

  Plaintiff Eric Swalwell intends to file an amended complaint under Federal Rule of Civil Procedure 15. He therefore moves to: (1) vacate Defendants' deadline to answer or respond to Plaintiff's current complaint; and (2) reset the case schedule. The parties have conferred in accordance with Local Civ. R. 7(m) and Defendants consent to this motion. Good cause exists to grant this consent motion for the following reasons:

  1. On November 25, 2025, Plaintiff Eric Swalwell filed this suit against the Federal Housing Finance Agency; its Director, William J. Pulte, in his official capacity; the Federal Home Loan Mortgage Corporation ("Freddie Mac"); and the Federal National Mortgage Association ("Fannie Mae"). He asserts claims under the Privacy Act, 5 U.S.C. § 552a, the First Amendment to the Constitution, and the Administrative Procedure Act, 5 U.S.C. § 706. ECF No. 8.

  2. On December 15, 2025, Defendants moved to extend their deadline to respond to the complaint to March 4, 2026. ECF No. 17. The Court granted their motion later that day.

  3. On February 13, 2026, Plaintiff filed a notice voluntarily dismissing Freddie Mac and Fannie Mae pursuant to Federal Rule of Civil Procedure 41. ECF No. 20.

4. Plaintiff now intends to file an amended complaint pursuant to Federal Rule of Civil Procedure 15. He therefore respectfully requests that the Court vacate and reset the case schedule to allow him sufficient time to prepare his amended complaint and to allow Defendants sufficient time to respond.

5. The parties have conferred and respectfully ask that the Court reset the case schedule as follows:

    a. Deadline for Plaintiff to file his amended complaint: March 23, 2026,

    b. Deadline for Defendants to respond to amended complaint: April 22, 2026.

6. This motion is not made for the purpose of delay, and granting this motion will not impact any other deadlines in this case.

7. Pursuant to Local Civ. R. 7(m), the parties conferred regarding this motion on February 19, 2026. All parties consent to this motion.

Accordingly, the parties respectfully request that the Court vacate and reset the case schedule in accordance with the deadlines outlined above. A proposed order is attached hereto.

Dated: February 23, 2026

_____

Sean Hecker (D.C. Bar #90002619)
Patricia Butler*
Nigel Johnson (D.C. Bar #90037186)
HECKER FINK LLP
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
shecker@heckerfink.com
pbutler@heckerfink.com
njohnson@heckerfink.com

Trisha Anderson (D.C. Bar #497224)
Nicolas Y. Riley (D.C. Bar #1617861)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Tel: (212) 763-0883
tanderson@heckerfink.com
nriley@heckerfink.com

*Attorneys for Plaintiff Eric Swalwell*
*\* Admitted pro hac vice*

3