IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL,<br><br>        *Plaintiff,*<br><br>    v.<br><br>WILLIAM J. PULTE, in his official capacity as Director of the Federal Housing Finance Agency, et al.,<br><br>        *Defendants*. | Case No. 1:25-cv-04125 |

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to Vacate and Reset the Case Schedule dated February 23, 2026, it is hereby:

ORDERED that the following schedule shall govern further proceedings:

Deadline for Plaintiff to file his amended complaint: March 23, 2026,

Deadline for Defendants to respond to amended complaint: April 22, 2026.

SO ORDERED.

_____    _____
Date                                                                  JAMES E. BOASBERG
                                                                            United States District Judge