**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ERIC SWALWELL,<br><br>   *Plaintiff,*<br><br> v.<br><br>WILLIAM J. PULTE, in his official capacity<br>as Director of the Federal Housing Finance<br>Agency, et al.,<br><br>   *Defendants*. | Case No. 1:25-cv-04125-JEB |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Eric Swalwell and Defendants William J. Pulte, in his official capacity as Director of the Federal Housing Finance Agency (FHFA), and the FHFA hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action without prejudice, with each side bearing its own fees and costs.

Dated: March 20, 2026

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JOSEPH E. BORSON
Assistant Director

/s/ James R. Powers

JAMES R. POWERS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Government Defendants*

/s/ Sean Hecker

Sean Hecker (D.C. Bar #90002619)
Patricia Butler*
Nigel Johnson (D.C. Bar #90037186)
HECKER FINK LLP
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
shecker@heckerfink.com
pbutler@heckerfink.com
njohnson@heckerfink.com

Trisha Anderson (D.C. Bar #497224)
Nicolas Y. Riley (D.C. Bar #1617861)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Tel: (212) 763-0883
tanderson@heckerfink.com
nriley@heckerfink.com

*Attorneys for Plaintiff Eric Swalwell*
*\* Admitted pro hac vice*

2